[No. 18733-3-I. Division One. September 8, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY QUENTON JACKSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-01028-5, Lloyd W. Bever, J., entered June 30, 1986. *Affirmed* by unpublished opinion per

Pekelis, J., concurred in by Ringold, A.C.J., and Williams, J.